NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1533

FERNANDEZ INNOVATIVE TECHNOLOGIES, L.L.C.,

Plaintiff-Appellant,

v.

GENERAL MOTORS CORPORATION,
ONSTAR CORPORATION, and TOYOTA MOTOR SALES, U.S.A., INC.,

Defendants-Appellees.

Kara L. Szpondowski, Niro, Scavone, Haller & Niro, of Chicago, Illinois, argued for plaintiff-appellant. With her on the brief were Paul K. Vickrey, and Patrick F. Solon.

Craig D. Leavell, Kirkland & Ellis, LLP, of Chicago, Illinois, argued for defendants-appellees. With him on the brief were John T. Hickey, Jr., Tiffany P. Cunningham, Edward M. Siegel, and Christopher M. Kaiser.

Appealed from: United States District Court for the Northern District of Illinois

Judge Virginia M. Kendall

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1533

FERNANDEZ INNOVATIVE TECHNOLOGIES, L.L.C.,

Plantiff-Appellant,

v.

GENERAL MOTORS CORPORATION
ONSTAR CORPORATION, and TOYOTA MOTOR SALES, U.S.A., INC.,

Defendants-Appellees.

# Judgment

ON APPEAL from the United States District Court for the Northern District of Illinois

in CASE NO(S).    07-CV-1397

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (NEWMAN, LOURIE, RADER, GAJARSA, and MOORE, <u>Circuit Judges</u>).

AFFIRMED.  <u>See</u> Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED <u>May 5, 2009</u>      <u>/s/ Jan Horbaly</u>
                            Jan Horbaly, Clerk